# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTESRN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **JOHN ROLAFF** and **HARLENE ROLAFF**, husband and wife, for themselves and as representatives of classes of similarly situated individuals,<br><br>*Plaintiffs*,<br><br>v.<br><br>**FARMERS INSURANCE COMPANY, INC.,**<br>**FARMERS INSURANCE EXCHANGE;**<br>**FIRE INSURANCE EXCHANGE;**<br>**TRUCK INSURANCE EXCHANGE;**<br>**FOREMOST INSURANCE COMPANY;**<br>**MID-CENTURY INSURANCE CO.;**<br>**FARMERS GROUP, INC;**<br>**FIRE UNDERWRITERS ASSOCIATION;**<br>**DONAN ENGINEERING CO., INC;**<br>**ENGINEERING, INC.;**<br>**FORD ENGINEERING;**<br>**THE STRUCTURES GROUP, INC.;**<br>**NELSON FORENSICS, LLC;**<br>**PT&C FORENSIC CONSULTING SERVICES, P.A.;**<br>**ENVISTA FORENSICS, LLC; and**<br>**RIMKUS CONSULTING GROUP, INC**<br><br>*Defendants.* | Case No. CIV-19-689-R<br>Hon. David L. Russell |

## **ORDER**

Before the Court is Plaintiffs' Motion to Strike Service on and Motion to Dismiss by The Structures Group, Inc. (the "Motion") (Doc. 62). Upon consideration, and for good cause shown, the Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED THAT The Structures Group, Inc.—as presently represented by Elizabeth Sharrock and as served through Registered Agent Solutions, Inc. at 1406 Terrace Drive, Tulsa, Oklahoma—is not a party to this lawsuit. The Clerk of the Court shall strike Docket Entry No. 36 ("Summons Returned Executed by Harlene Rolaff, John Rolaff. The Structures Group Inc served on 10/21/2019"). The Clerk of the Court shall strike Docket Entry No. 44: ("Motion to Dismiss and Entry of Appearance by Elizabeth R. Sharrock on behalf of The Structures Group Inc. of Virginia").

IT IS SO ORDERED this 27th day of November 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE